UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE LANICEK, individually and on behalf of all others similarly situated,

 *Plaintiff*,

vs.

                Case No. 2:23-cv-12203

LA-Z BOY INCORPORATED and LEBCO INDUSTRIES, L.P.,

 *Defendants*.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS TO LA-Z BOY INCORPORATED**

 NOW COMES Julie Lanicek, by and through her respective attorneys, and pursuant to Fed. R. Civ. Pr. 21, hereby dismisses all of her individual claims against La-Z Boy Incorporated with prejudice. The claims of the putative class are dismissed without prejudice.

 WHEREFORE, Plaintiff respectfully requests that this Court enter an Order dismissing Plaintiff's individual claims against La-Z Boy Incorporated with prejudice and dismissing the claims of the putative class against La-Z Boy Incorporated without prejudice.

Date: February 13, 2024

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

            **SHAMIS & GENTILE, P.A.**
            14 NE 1st Ave., Suite 705
            Miami, FL 33132
            Telephone (305) 479-2299
            Facsimile (786) 623-0915
            Email: efilings@sflinjuryattorneys.com

By:  */s/ Andrew J. Shamis*
    Andrew J. Shamis, Esq.
    Florida Bar # 101754


    *Counsel for Plaintiff and the Class*