UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE LANICEK, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

LA-Z BOY INCORPORATED, et al.,

    Defendants.

_____/

Case No. 23-cv-12203
Hon. Matthew F. Leitman

## ORDER DISMISSING LA-Z-BOY INCORPORATED WITH PREJUDICE

This Matter coming before the Court regarding Plaintiff Julie Lanicek's Unopposed Motion to Dismiss all individual claims asserted against La-Z-Boy Incorporated with prejudice. The Court having considered Plaintiff's Motion, it is Ordered:

All individual claims Plaintiff Julie Lanicek asserted against Defendant La-Z-Boy Incorporated are dismissed with prejudice.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: February 23, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 23, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
