UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JULIE LANICEK, individually and
on behalf of all others similarly situated,

      Plaintiff,

Case No. 23-cv-12203
Hon. Matthew F. Leitman

v.

LEBCO INDUSTRIES, L.P.,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice as to Defendant Lebco Industries, L.P.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 27, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 27, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126